**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RICHMOND ENGINEERING WORKS LLC,

        Plaintiff,

    v.

BEDESCHI AMERICA, INC.,

        Defendant.

Civil Action No.: 2:23-CV-1617

Removed from the Court of Common Pleas of Allegheny County, Pennsylvania (Case No. GD-23-8558)

**NOTICE OF REMOVAL**

Defendant Bedeschi America, Inc. ("Defendant") hereby removes this action from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The grounds for removal are set forth below.

**State Court Action**

1.    On July 14, 2023, Plaintiff Richmond Engineering Works LLC ("Plaintiff") commenced this action by filing its Complaint at No. GD-23-8558 in the Court of Common Pleas of Allegheny County, Pennsylvania (the "State Court Action").

2.    In its Complaint, Plaintiff asserts a single count, seeking a declaratory judgment pursuant to the Pennsylvania Declaratory Judgment Act, 42 Pa.C.S. § 7531, *et seq.* Specifically, Plaintiff seeks a judgment declaring that Defendant owes Plaintiff a sum of Two Hundred and Seven Thousand Dollars ($207,000) in relation to a purported contract. (*See* Compl. ¶¶ 47-53.)

3.    Defendant was served with a copy of the Complaint on August 9, 2023. Thus, removal is timely under 28 U.S.C. § 1446(b)(1).

4.    In compliance with 28 U.S.C. § 1446(a), a complete copy of the filings from the State Court Action, including a copy of the Complaint, is attached as **Exhibit A**.

5.      In compliance with 28 U.S.C. § 1446(d), Defendant will promptly serve upon Plaintiff's counsel and file with the Court of Common Pleas of Allegheny County, Pennsylvania a notice of removal, a copy of which is attached as **Exhibit B**.

6.      Defendant reserves all rights and defenses with respect to the Complaint.

## Grounds for Removal

7.      A civil action brought in a state court may be removed by a defendant to the federal district court for the district and division embracing the place where the civil action is pending if the federal court would have had original jurisdiction over the claim. 28 U.S.C. § 1441(a).

8.      Venue is proper because this action was filed in Allegheny County, Pennsylvania, which is within the Court's district and division. *See* 28 U.S.C. § 1441(a).

9.      The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(a)(1).

## The Amount in Controversy Exceeds the Jurisdictional Threshold

10.      In this action, Plaintiff seeks a judgment declaring that Defendant owes Plaintiff a sum of $207,000, exclusive of interest and costs. (*See* Compl. ¶¶ 47-53.)

11.      Accordingly, the amount in controversy exceeds the jurisdictional threshold of $75,000. *See* 28 U.S.C. § 1332(a).

## The Parties Are Completely Diverse

12.      Complete diversity requires that no plaintiff can be a citizen of the same state as any defendant. *Lincoln Benefit Life Co. v. AEI Life, LLC*, 800 F.3d 99, 104 (3d Cir. 2015).

13.     A corporation is a citizen of every state in which it is incorporated and in which it has its principal place of business. 28 U.S.C. § 1332(c).

14.     In contrast, the citizenship of a limited liability company is determined by the citizenship of each of its members. *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010). For complete diversity to exist, all of the limited liability company's members must be diverse from all parties on the opposing side. *Lincoln Benefit Life Co.*, 800 F.3d at 105.

15.     An individual person is a citizen of the state in which he or she is domiciled — meaning the location of his or her "true, fixed and permanent home." *McCann v. George W. Newman Irrevocable Tr.*, 458 F.3d 281, 286 (3d Cir. 2006).

16.     Defendant is incorporated in the State of Florida, and Defendant maintains its principal place of business at 2600 N. Military Trail, Suite 245, Boca Raton, Florida 33431. Accordingly, Defendant is a citizen of the State of Florida.

17.     Plaintiff is a limited liability company formed under Delaware law. (*See* Compl. ¶ 1.)

18.     On information and belief, and after a reasonable investigation, Plaintiff has three members, none of whom are citizens of the State of Florida.

      a.     On information and belief, and after a reasonable investigation, Mark Judy is a citizen of the Commonwealth of Pennsylvania.

      b.     On information and belief, and after a reasonable investigation, Wayne Wieberdink is a citizen of the State of Minnesota.

      c.     On information and belief, and after a reasonable investigation, Kevin Alexander is a citizen of the Commonwealth of Pennsylvania.

19.     Plaintiff, therefore, is a citizen of the Commonwealth of Pennsylvania and the State of Minnesota.

20.     Accordingly, Plaintiff and Defendant are completely diverse.

## Conclusion

21.     The amount in controversy exceeds the jurisdictional threshold and the parties are completely diverse.  Therefore, the Court has jurisdiction pursuant to 28 U.S.C. § 1332 and removal is proper pursuant to 28 U.S.C. §§ 1441 and 1446.

**WHEREFORE**, Defendant Bedeschi America, Inc. respectfully request that this action be removed to the United States District Court of the Western District of Pennsylvania and that no further proceedings be had in the Court of Common Pleas of Allegheny County, Pennsylvania.

Dated: September 8, 2023                    Respectfully submitted,

                                            /s/ Zachary L. Gross

                                            Daniel B. McLane
                                            PA I.D. 77019
                                            dbmclane@duanemorris.com
                                            Telephone: (412) 497-1032

                                            Jessica Priselac
                                            PA I.D. 208524
                                            jpriselac@duanemorris.com
                                            Telephone: (412) 497-1046

                                            Zachary L. Gross
                                            PA I.D. 320467
                                            zlgross@duanemorris.com
                                            Telephone: (412) 497-1004

                                            DUANE MORRIS LLP
                                            625 Liberty Avenue, Suite 1000
                                            Pittsburgh, PA 15222
                                            Telephone: (412) 497-1000

*Counsel for Defendant Bedeschi*
*America, Inc.*

## CERTIFICATE  OF SERVICE

I certify that on September 8, 2023, a copy of the foregoing Notice of Removal was served via mail and e-mail on the following counsel of record:

Joseph F. Rodkey, Jr.
Fowkes Rodkey
732 Allegheny River Blvd.
P.O. Box 173
Oakmont, PA 15139
(412) 828-2802
jrodkey@fowkesrodkey.com

*Counsel for Plaintiff*
*Richmond Engineering Works LLC*

/s/ Zachary L. Gross
_____
Zachary L. Gross