# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHMOND ENGINEERING WORKS, LLC

      Plaintiff,

v.

BEDESCHI AMERICA, INC.,

      Defendant.

Civil Action No.: 2:23-CV-1617

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice. Each party shall bear its own respective costs and fees.

February 4, 2024

**FOWKES RODKEY**

/s/ Joseph F. Rodkey, Jr.
_____
Joseph F. Rodkey, Jr.
Pa. I.D. 66757
732 Allegheny River Blvd.
P.O. Box 173
Oakmont, PA 15139
Telephone: (412) 828-2802
jrodkey@fowkesrodkey.com

*Counsel for Richmond Engineering Works LLC*

Respectfully submitted,

**DUANE MORRIS LLP**

/s/ Zachary L. Gross
_____
Daniel B. McLane
Pa. I.D. 77019
Jessica Priselac
Pa. I.D. 208524
Zachary L. Gross
Pa. I.D. 320467
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Telephone: (412) 497-1000
dbmclane@duanemorris.com
jpriselac@duanemorris.com
zlgross@duanemorris.com

*Counsel for Defendant Bedeschi America, Inc.*